# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| | |
|---|---|
| United States of America<br>v.<br>O'BRYANT CARISCO HOWIE<br>Date of Previous Judgment: **January 20, 2004**<br>(Use Date of Last Amended Judgment if Applicable) | Case No: **3:02CR152-05**<br>USM No: **19048-058**<br>**Steven Meier**<br>Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ■ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED. ■ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of **235 months** months **is reduced to** **190 months in Ct. 1**.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

Previous Offense Level: **37**           Amended Offense Level: **35**
Criminal History Category: **VI**        Criminal History Category: **VI**
Previous Guideline Range: **360** to **life** months   Amended Guideline Range: **292** to **365** months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
■ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**
Upon release from imprisonment, and absent a residential plan accepted by the U.S. Probation Officer prior to release from incarceration, it is ordered that as a condition of supervised release the defendant shall submit to the local Residential Reentry Center for a period not to exceed 90 days, with work release, at the direction of the U.S. Probation

Except as provided above, all provisions of the judgment dated **January 20, 2004,** shall remain in effect.
**IT IS SO ORDERED**.

Order Date: **June 9, 2009**

Effective Date: _____
(if different from order date)

Frank D. Whitney
United States District Judge